168 So.2d 258

**Worth LONG et al.**

**v.**

**STATE of Alabama.**

**2 Div. 461.**

Supreme Court of Alabama.

Aug. 27, 1964.

Rehearing Denied Nov. 5, 1964.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for petitioner.

·Peter A. Hall, Birmingham, and J. L. Chestnut, Jr., Selma, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Long et al. v. State, 168 So. 2d 256.·

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

166 So.2d 865

·· **Carver David MAY**

**v.**

**STATE.**

**8 Div. 155.**

Supreme Court of Alabama.

Dec. 12, 1963.

Rehearing Denied Aug. 27, 1964.

, Jesse A. Keller, Florence, for petitioner. Richmond M. Flowers, Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Carver David May for certiorari to the Court of Appeals to review and revise the judgment and decision in May v. State, 166 So.2d 860 (8 Div. 848).

Writ denied.

· LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.